**Roman TIFFER, Plaintiff–Appellant,**

v.

**WORKERS COMPENSATION; Liberty Mutual Insurance Corporation; Abacus Corporation; The Circuit Court for Baltimore City, Defendants–Appellees.**

No. 09–1814.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2009.

Decided: Aug. 26, 2009.

Roman Tiffer, Appellant Pro Se.

Before WILKINSON and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roman Tiffer appeals the district court's order dismissing his civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tiffer v. Workers Comp.*, No. 1:09–cv–01550–WDQ (D.Md. June 19, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*